# IN THE UNITED STATES DISTRICT COURT
# FOR SOUTHERN DISTRICT OF FLORIDA

CUSTOM-PAK, INC.,

                Plaintiff,

v.

BALBOA SUN, LLC; ANGEL R. RODRIGUEZ, MARIA MERCEDES RODRIGUEZ, and SHARY CABRERA,

                Defendants.

Case No. 1:25-cv-20959-DPG

## NOTICE OF FILING AFFIDAVIT OF SERVICE

The Plaintiff, CUSTOM-PAK, INC., by and through their undersigned counsel, hereby files the attached Affidavits of Service for the Defendants BALBOA SUN, LLC, ANGEL R. RODRIGUEZ, MARIA MERCEDES RODRIGUEZ and SHARY CABRERA.

Dated: March 17, 2025

                              FURR AND COHEN, P.A.
                              *Attorney for Plaintiff*
                              2255 Glades Road, Suite 419A
                              Boca Raton, FL  33431
                              Telephone: (561) 395-0500
                              Facsimile: (561) 338-7532

                              By: */s/ Marc P. Barmat*
                                    MARC P. BARMAT
                                    Florida Bar No. 22365
                                    E-mail:   mbarmat@furrcohen.com
                                                  yfernandez@furrcohen.com

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:25-CV-20959-DPG

Plaintiff:
**CUSTOM-PAK INC**

vs.

Defendant:
**BALBOA SUN LLC, ET AL**


LTS2025001013

For:
Marc Barmat, Esq.
Furr Cohen, P.A.
2255 Glades Road
Suite 419 A, One Boca Place
Boca Raton, FL 33431

Received by Top Legal Services on the 4th day of March, 2025 at 12:48 pm to be served on **BALBOA SUN LLC, REGISTERED AGENT ANGEL RODRIGUEZ, 9383 NW 13TH ST, DORAL, FL 33172**

I, Ariel Maldonado, do hereby affirm that on the **12th day of March, 2025** at **8:50 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Complaint with Exhibits and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **ANGEL RODRIGUEZ** as **Registered Agent** at the address of: **16828 N.W. 83RD PLACE, MIAMI LAKES, FL 33016** on behalf of **BALBOA SUN LLC, REGISTERED AGENT ANGEL RODRIGUEZ**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60+, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 200, Hair: Bald, Glasses: N

Under Penalties of perjury, I declare that I have the forgoing and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the county in which service was affected in accordance with State Statutes.

**Ariel Maldonado**
CPS # 1843

**Top Legal Services**
**15800 Pines Boulevard**
**Suite 333**
**Pembroke Pines, FL 33027**
**(954) 812-9229**

Our Job Serial Number: LTS-2025001013

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0c

| | |
|---|---|
| DELIVERED | 3/12/2025 8:50 PM |
| SERVER | AM |
| LICENSE | CPS # 1843 |

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CUSTOM-PAK, INC.,

*Plaintiff(s)*

v.

BALBOA SUN, LLC, ANGEL R. RODRIGUEZ, MARIA MERCEDES RODRIGUEZ, and SHARY CABRERA,

*Defendant(s)*

Civil Action No. 1:25-cv-20959-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BALBOA SUN, LLC,
Registered Agent: Angel Rodriguez
9383 NW 13th St.
Doral, FL 33172-2807

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   FURR & COHEN, P.A.
2255 GLADES RD, SUITE 419A
BOCA RATON, FLORIDA 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 28, 2025

Angela E. Noble
Clerk of Court

s/ K. Rivers
Deputy Clerk
U.S. District Courts

# **RETURN OF SERVICE**
## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 1:25-CV-20959-DPG

Plaintiff: **CUSTOM-PAK INC**
vs.
Defendant: **BALBOA SUN LLC, ET AL**


LTS2025001012

For:
Marc Barmat, Esq.
Furr Cohen, P.A.
2255 Glades Road
Suite 419 A, One Boca Place
Boca Raton, FL 33431

Received by Top Legal Services on the 4th day of March, 2025 at 12:48 pm to be served on **ANGEL R. RODRIGUEZ, 9383 NW 13TH ST, DORAL, FL 33172**.

I, Ariel Maldonado, do hereby affirm that on the **13th day of March, 2025** at **12:40 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint with Exhibits and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **ANGEL R. RODRIGUEZ** at the address of: **16828 N.W. 83RD PLACE, MIAMI LAKES, FL 33016**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 60+, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 200, Hair: Bald, Glasses: N

Under Penalties of perjury, I declare that I have the forgoing and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the county in which service was affected in accordance with State Statutes.

**Ariel Maldonado**
CPS # 1843

**Top Legal Services**
**15800 Pines Boulevard**
**Suite 333**
**Pembroke Pines, FL 33027**
**(954) 812-9229**

Our Job Serial Number: LTS-2025001012

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0c

AO 440 (Rev. 06/12)  Summons in a Civil Action

```
DELIVERED   3/13/2025 12:40 PM
SERVER      AM
LICENSE     CPS # 1843
```

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CUSTOM-PAK, INC., <br><br> *Plaintiff(s)* <br> v. <br> BALBOA SUN, LLC, ANGEL R. RODRIGUEZ, MARIA MERCEDES RODRIGUEZ, and SHARY CABRERA, <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-20959-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANGEL R. RODRIGUEZ
9383 NW 13th St.
Doral, FL 33172-2807

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   FURR & COHEN, P.A.
2255 GLADES RD, SUITE 419A
BOCA RATON, FLORIDA 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Feb 28, 2025

Angela E. Noble
Clerk of Court

s/ K. Rivers
Deputy Clerk
U.S. District Courts

# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 1:25-CV-20959-DPG

Plaintiff: **CUSTOM-PAK INC**
vs.
Defendant: **BALBOA SUN LLC, ET AL**


LTS2025001011

For:
Marc Barmat, Esq.
Furr Cohen, P.A.
2255 Glades Road
Suite 419 A, One Boca Place
Boca Raton, FL 33431

Received by Top Legal Services on the 4th day of March, 2025 at 12:48 pm to be served on **MARIA MERCEDES RODRIGUEZ, 9383 NW 13TH ST, DORAL, FL 33172**.

I, Ariel Maldonado, do hereby affirm that on the **13th day of March, 2025** at **12:40 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons and Complaint with Exhibits and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **ANGEL R. RODRIGUEZ** as **HUSBAND / CO-RESIDENT** at the address of: **16828 N.W. 83RD PLACE, MIAMI LAKES, FL 33016**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 60+, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 220, Hair: Bald, Glasses: N

Under Penalties of perjury, I declare that I have the forgoing and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the county in which service was affected in accordance with State Statutes.

**Ariel Maldonado**
CPS # 1843

**Top Legal Services
15800 Pines Boulevard
Suite 333
Pembroke Pines, FL 33027
(954) 812-9229**

Our Job Serial Number: LTS-2025001011

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0c

AO 440 (Rev. 06/12) Summons in a Civil Action

```
DELIVERED   3/13/2025 12:40 PM
SERVER      AM
LICENSE     CPS # 1843
```

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| CUSTOM-PAK, INC., | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 1:25-cv-20959-DPG |
| BALBOA SUN, LLC, ANGEL R. RODRIGUEZ, MARIA MERCEDES RODRIGUEZ, and SHARY CABRERA, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MARIA MERCEDES RODRIGUEZ
9383 NW 13th St.
Doral, FL 33172-2807

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   FURR & COHEN, P.A.
2255 GLADES RD, SUITE 419A
BOCA RATON, FLORIDA 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ K. Rivers

Deputy Clerk
U.S. District Courts

Date:   Feb 28, 2025

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:25-CV-20959-DPG

Plaintiff: **CUSTOM-PAK INC**
vs.
Defendant: **BALBOA SUN LLC, ET AL**


LTS2025001014

For:
Marc Barmat, Esq.
Furr Cohen, P.A.
2255 Glades Road
Suite 419 A, One Boca Place
Boca Raton, FL 33431

Received by Top Legal Services on the 4th day of March, 2025 at 12:48 pm to be served on **SHARY CABRERA, 6480 NW 191ST TER, UNIT 106, HIALEAH, FL 33015**.

I, Jessica Maldonado, do hereby affirm that on the **4th day of March, 2025** at **9:11 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint with Exhibits and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **SHARY CABRERA** at the address of: **6480 NW 191ST TER, UNIT 106, HIALEAH, FL 33015**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 40+, Sex: F, Race/Skin Color: HISPANIC, Height: 5'5, Weight: 200, Hair: BROWN, Glasses: N

Under Penalties of perjury, I declare that I have the forgoing and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the county in which service was affected in accordance with State Statutes.

_____
**Jessica Maldonado**
CPS # 1353

**Top Legal Services**
**15800 Pines Boulevard**
**Suite 333**
**Pembroke Pines, FL 33027**
**(954) 812-9229**

Our Job Serial Number: LTS-2025001014

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0c

AO 440 (Rev. 06/12) Summons in a Civil Action

```
DELIVERED   3/4/2025 9:11 PM
SERVER      JM
LICENSE     CPS # 1353
```

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CUSTOM-PAK, INC.,

*Plaintiff(s)*

v.

BALBOA SUN, LLC, ANGEL R. RODRIGUEZ, MARIA MERCEDES RODRIGUEZ, and SHARY CABRERA,

*Defendant(s)*

Civil Action No. 1:25-cv-20959-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHARY CABRERA
6480 Nw 191st Ter Unit 106
Hialeah, FL 33015-4710

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  FURR & COHEN, P.A.
2255 GLADES RD, SUITE 419A
BOCA RATON, FLORIDA 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Feb 28, 2025

Angela E. Noble
Clerk of Court

s/ K. Rivers
Deputy Clerk
U.S. District Courts