UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **CUSTOM-PAK, INC.,** | Case No. 1:25-cv-20959-DPG |
| Plaintiff, | |
| vs. | |
| **BALBOA SUN, LLC; ANGEL R. RODRIGUEZ; MARIA MERCEDES RODRIGUEZ; and SHARY CABRERA,** | |
| Defendants. | |

## NOTICE OF APPEARANCE ON BEHALF OF ATTORNEY KATY KOESTNER ESQUIVEL AND THE LAW FIRM OF ESQUIVEL LAW CHARTERED ON BEHALF OF ALL DEFENDANTS

Please take notice that Katy Koestner Esquivel of the law firm of Esquivel Law Chartered hereby enters this Notice of Appearance on behalf of Defendants Balboa Sun, LLC, Angel R. Rodriguez, Maria Mercedes Rodriguez, and Shary Cabrera. All papers and pleadings should be served on:

Katy Koestner Esquivel
Esquivel Law Chartered
The Moorings Professional Building
2335 Tamiami Trail North
Suite 301
Naples, FL 34103
Telephone: (239)206-3731
Facsimile: (239)431-3942
kke@esquivel-law.com
service@esquivel-law.com

Respectfully submitted on Monday, March 24, 2025.

**ESQUIVEL LAW, CHARTERED**

<u>      /s/ Katy Koestner Esquivel      </u>
Katy Koestner Esquivel
Florida Bar No. 0159484
2335 Tamiami Trail North
Suite 301
Naples, Florida 34103-4457
Telephone: (239)206-3731
Facsimile: (239)431-3942
kke@esquivel-law.com
service@esquivel-law.com
*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on Monday, March 24, 2025, the foregoing was filed and served on the following counsel of record by this Court's CM/ECF system:

FURR AND COHEN, P.A.
Marc Barmat, Esq.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Tel: 561.395.0500
Fax: 561.338.7532
mbarmat@furrcohen.com

<u>/s/ Katy Koestner Esquivel</u>
Katy Koestner Esquivel