UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **CUSTOM-PAK, INC.,** | **Case No. 1:25-cv-20959-DPG** |
| **Plaintiff,** | |
| **vs.** | |
| **BALBOA SUN, LLC; ANGEL R. RODRIGUEZ; MARIA MERCEDES RODRIGUEZ; and SHARY CABRERA,** | |
| **Defendants.** | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT

Defendants Balboa Sun, LLC, Angel R. Rodriguez, Maria Mercedes Rodriguez, and Shary Cabrera, in accordance with Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the Southern District of Florida, files the instant Unopposed Motion for Extension of Time to Respond to Complaint.

In support of this Motion, Defendants state as follows:

1.      Plaintiff, Custom-Pak, Inc. ("Custom-Pak") filed its Complaint on February 28, 2025, and served the Defendants on March 4 (Shary Cabrera), March 12 (Balboa Sun) and March 13 (Angel and Maria Rodriguez).

2.      Defendants' respective responses to the Complaint are due on March 25, April 2 and April 3.

3.  On Thursday, March 20, 2025, Defendants retained the services of Esquivel Law, Chartered.

4.  Due to the extremely short amount of time between Defendants' retention of the undersigned and the first deadline for filing responding to the Complaint, and Defendants seek an Order extending the deadline for each of them to respond to the Complaint and setting the new deadline of April 14, 2025.

5.  In accordance with Local Rule 7.1(a)(3), the undersigned contacted Plaintiff's counsel about the relief sought in this Motion.

6.  Plaintiff consents to the relief sought here.

7.  Defendants have not sought any other extension in this matter, the extension is sought in good faith, and if granted, will not prejudice any party, the progress of this case, or the Court.

WHEREFORE, Defendants Balboa Sun, LLC, Angel R. Rodriguez, Maria Mercedes Rodriguez, and Shary Cabrera, respectfully request Order extending the deadline for each of them to respond to the Complaint and setting the new deadline of April 14, 2025, along with such other and further relief as is deemed just by this Court

Respectfully submitted on Monday, March 24, 2025.

**ESQUIVEL LAW, CHARTERED**

_/s/ Katy Koestner Esquivel_
Katy Koestner Esquivel
Florida Bar No. 0159484
2335 Tamiami Trail North, Suite 301
Naples, Florida 34103-4457
Telephone: (239)206-3731
Facsimile: (239)431-3942
kke@esquivel-law.com
service@esquivel-law.com
_Attorneys for Defendants._

## Local Rule 7.1(a)(3) Certification of Counsel

I hereby certify that on March 21, 2025, I instructed my office to contact counsel for Plaintiff regarding the relief sought in this Motion. Plaintiff agrees to the relief sought in this Motion.

/s/ Katy Koestner Esquivel
Katy Koestner Esquivel

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Monday, March 24, 2025, the foregoing was filed and served on the following counsel of record by this Court's CM/ECF system:

**FURR AND COHEN, P.A.**
Marc Barmat, Esq.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Tel: 561.395.0500
Fax: 561.338.7532
mbarmat@furrcohen.com

/s/ Katy Koestner Esquivel
Katy Koestner Esquivel
