UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:25-cv-20959-DPG

**CUSTOM-PAK, INC.,**

    **Plaintiff,**

vs.

**BALBOA SUN, LLC, et al.,**

    **Defendants.**

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE is before the Court on the Motion to Withdraw filed by Defendants' counsel, Katy Koestner Esquivel and the law firm of Esquivel Law Chartered. [ECF No. 21]. On July 16, 2025, the Court held a hearing on the Motion. [ECF No. 23]. The Court reviewed the Motion and is fully advised in the premises and, for the reasons stated on the record at the hearing, it is hereby ORDERED AND ADJUDGED as follows:

1. The Motion to Withdraw [ECF No. 21] is GRANTED.

2. Attorney Katy Koestner and Esquivel Law Chartered are terminated as counsel for Defendants and are relieved of any further responsibility in this action.

3. Defendant Balboa Sun, LLC shall obtain Counsel within 20 days of this Order. If it fails to do so, a default will be entered against it upon motion by the Plaintiff.

4. Within 20 days of this Order, Defendants Angel R. Rodriguez, Maria Mercedes Rodriguez, and Shary Cabrera shall obtain counsel or advise the Court whether they are proceeding *pro se*. If they fail to do so, defaults will be entered against them upon

    motion by the Plaintiff.

5. All future filings shall be delivered to Defendants at the following addresses: 9383 Northwest 13th Street, Doral, Florida 33172; arodriguez@balboasun.com; and scabrera@balboasun.com.

6. Pending the filing of a notice of appearance by new counsel, Plaintiff will be entitled to communicate directly with Defendants to coordinate the scheduling of any necessary hearings or conferences.

7. Defendants are responsible for updating their addresses by filing a notice of new address with the Clerk of the Court and providing a copy to opposing counsel.

**DONE AND ORDERED**, in Chambers at Miami, Florida this **Wednesday, July 16, 2025.**

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Goodman
       All Counsel of Record