UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:25-cv-20959-DPG

FILED BY _____ D.C.
AUG 05 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CUSTOM-PAK, INC.,
Plaintiff,
v.
BALBOA SUN, LLC; ANGEL R. RODRIGUEZ;
MARIA MERCEDES RODRIGUEZ; and SHARY CABRERA,
Defendants.

DECLARATION OF BALBOA SUN, LLC REGARDING EMPLOYEE SHARY CABRERA

Balboa Sun, LLC, through its designated corporate representative, respectfully submits the following statement for the record:

1. Shary Cabrera has never held nor been granted any title, position, or authority as a member, manager, officer, or director of Balboa Sun, LLC.

2. At all relevant times, Ms. Cabrera has served solely in the capacity of a non-managerial employee, with responsibilities limited to operational and administrative support as assigned.

3. Ms. Cabrera does not possess and has never possessed any control, oversight, or decision-making authority concerning:
   - Financial accounts or transactions
   - Corporate formation, ownership, or governance
   - Contractual relationships or regulatory filings
   - Disbursement of funds or settlement negotiations

4. Ms. Cabrera is not a signatory on any business or financial account of Balboa Sun, LLC, and does not have access to internal accounting, banking, or legal records beyond those explicitly assigned in her administrative role.

5. To the extent that Ms. Cabrera is named in this action, Balboa Sun, LLC asserts that she bears no legal or fiduciary responsibility for any of the acts or omissions alleged in the Complaint related to corporate control, PACA obligations, or trust administration.

6. All discovery responses, financial records, and corporate documentation will be produced by Balboa Sun, LLC, through its authorized officer(s) in compliance with the Court's Order dated July 16, 2025.

7. Balboa Sun, LLC urges the Court and Plaintiff to recognize Ms. Cabrera's lack of standing or authority and to direct all further requests for documentation and corporate testimony to the company's designated legal or corporate representative.

Respectfully submitted,
this 04 day of August, 2025.

BALBOA SUN, LLC

By: _____
ANGEL RODRIGUEZ
PRESIDENT
9383 NW 13th Street
Doral, FL 33172
Email: arodriguez@balboasun.com
Phone: 305.742.5347

Extremely Urgent

Visit **UPS.com**
Apply shipping documents on this side.

This envelope is for use with the following services:

- UPS Next Day Air®
- UPS Worldwide Express®
- UPS 2nd Day Air®
- UPS Worldwide Expedited®
- UPS Ground
- UPS Standard
- UPS 3 Day Select®

Do not use this envelope for:

REC'D BY _____ D.C.
AUG - 5 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

ANGEL RODRIGUEZ
(305) 742-5347
THE UPS STORE #6517
9737 NW 41ST ST
DORAL  FL 33178-2924

0.3 LBS LTR
SHP WT: LTR
DATE: 04 AUG 2025

SHIP US SOUTHERN DISTRICT OF FL
TO: WILKIE D FERGUSON JR/CLERK OF COURT
400 N MIAMI AVE

MIAMI FL 33128-1801

FL 330 6-03

UPS NEXT DAY AIR
TRACKING #: 1Z Y76 422 01 8144 787



BILLING: P/P

REF #1: BF

MM3YGJ8JX4MHT ISH 13.00C ZZD230 EP 29.5V 07/2025



Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established for the Unification of Certain Rules Relating to International Carriage…