**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:25-cv-20959-DPG



CUSTOM PAK, INC.,
Plaintiff,

v.

BALBOA SUN, LLC, ANGEL R. RODRIGUEZ, MARIA MERCEDES RODRIGUEZ, and SHARY CABRERA,
Defendants.

### MOTION TO DISMISS DEFENDANT SHARY CABRERA FOR MISJOINDER

Defendant Balboa Sun, LLC, pursuant to Rule 21 of the Federal Rules of Civil Procedure, respectfully moves this Court to dismiss Defendant Shary Cabrera from this action on the grounds that she was improperly joined. In support of this Motion, Balboa Sun, LLC states as follows:

1. Ms. Cabrera was solely an administrative employee of Balboa Sun, LLC.
2. Ms. Cabrera had no ownership interest, no decision-making authority, and no access to financial accounts.
3. Ms. Cabrera had no involvement in the transactions or contractual dealings at issue in this lawsuit.
4. Ms. Cabrera is no longer employed by Balboa Sun, LLC.

WHEREFORE, Defendant Balboa Sun, LLC respectfully requests that the Court dismiss Defendant Shary Cabrera from this case with prejudice and grant such other and further relief as the Court deems just and proper.

Dated: August 14, 2025
Respectfully submitted,

*[signature]*

Angel R. Rodriguez
Owner – Balboa Sun, LLC
9383 NW 13th Street
Doral, FL 33172
305.742.5347
arodriguez@balboasun.com

August 14, 2025

Clerk of Court
U.S. District Court, Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Re: Custom Pak, Inc. v. Balboa Sun, LLC et al., Case No. 1:25-cv-20959-DPG

Dear Clerk of Court,

Enclosed for filing please find Defendant Balboa Sun, LLC's Motion to Dismiss Defendant Shary Cabrera for Misjoinder. A copy has been served on Plaintiff's counsel via email.

Thank you for your assistance.

Sincerely,

*[signature]*

Angel R. Rodriguez
Owner – Balboa Sun, LLC
9383 NW 13th Street
Doral, FL 33172
305.742.5347
arodriguez@balboasun.com

