IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CUSTOM PAK, INC.,
Plaintiff,

v.                   Case No. 1:25-cv-20959-DPG

BALBOA SUN, LLC, ANGEL R. RODRIGUEZ,
MARIA MERCEDES RODRIGUEZ, and
SHARY CABRERA,
Defendants.



FILED BY _____ D.C.
SEP 22 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## DEFENDANT SHARY CABRERA'S PRO SE MOTION TO DISMISS

Defendant, Shary Cabrera, appearing pro se, respectfully moves this Court to dismiss the claims against her in this action. In support of this Motion, Defendant Cabrera states as follows:

1. Ms. Cabrera was solely an employee of Balboa Sun, LLC.
2. She held no ownership interest in Balboa Sun, LLC.
3. She exercised no financial control, decision-making authority, or managerial power within the company.
4. Ms. Cabrera had no involvement in the contractual or financial dealings at issue in this litigation.
5. Plaintiff's inclusion of Ms. Cabrera as a defendant is improper, unsupported by factual allegations, and has caused undue prejudice and hardship.

WHEREFORE, Defendant, Shary Cabrera, respectfully requests that this Court dismiss all claims against her, with prejudice, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

_____
Shary Cabrera (pro se)

6480 NW 191st Terrace
Hialeah FL, 33015
305.610.6016
sharycabrera@gmail.com

## AFFIDAVIT OF SHARY CABRERA

I, Shary Cabrera, being duly sworn, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I was employed by Balboa Sun, LLC in a non-managerial capacity.
2. I have never held any ownership interest in Balboa Sun, LLC.
3. I have never had authority over company finances, contracts, or decision-making.
4. I had no role in the contractual or financial dealings that are the subject of this lawsuit.
5. My inclusion in this lawsuit has caused me unnecessary hardship, stress, and reputational harm despite my lack of any relevant authority or involvement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19 day of September, 2025.

_\[signature\]_
Shary Cabrera

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CUSTOM PAK, INC.,
Plaintiff,

v.  Case No. 1:25-cv-20959-DPG

BALBOA SUN, LLC, ANGEL R. RODRIGUEZ,
MARIA MERCEDES RODRIGUEZ, and
SHARY CABRERA,
Defendants.

## PROPOSED ORDER GRANTING DEFENDANT SHARY CABRERA'S PRO SE MOTION TO DISMISS

THIS CAUSE came before the Court upon Defendant Shary Cabrera's Pro Se Motion to Dismiss. Having reviewed the Motion and the record, and being otherwise fully advised, it is ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.
2. All claims against Defendant Shary Cabrera are DISMISSED WITH PREJUDICE.
3. The Clerk is directed to terminate Shary Cabrera as a party.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 19 day of September, 2025, I served the foregoing Defendant Shary Cabrera's Pro Se Motion to Dismiss, Affidavit of Shary Cabrera, Proposed Order, and this Certificate of Service by U.S. Mail on the following counsel of record:

Marc P. Barmat, Esq.
Furr and Cohen, P.A.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431

Email: mbarmat@furrcohen.com


Kate Ellis, Esq.
McCarron & Diess
4530 Wisconsin Avenue N.W., Suite 301
Washington, DC 20016

Email: kellis@mccarronlaw.com

*/s/ Shary Cabrera*
Shary Cabrera (pro se)

6480 NW 191ST TER
HIALEAH FL, 33015
305.610.6016 | sharycabrera@gmail.com

September 19, 2025

Clerk of Court

United States District Court

Southern District of Florida – Miami Division
400 North Miami Avenue
Miami, FL 33128

Re: Custom Pak, Inc. v. Balboa Sun, LLC, et al., Case No. 1:25-cv-20959-DPG

Filing: Pro Se Motion to Dismiss and Supporting Affidavit (Defendant Shary Cabrera)

Dear Clerk:

Enclosed please find the following for filing in the above-referenced matter:
1. Defendant Shary Cabrera's Pro Se Motion to Dismiss;
2. Affidavit of Shary Cabrera in support of the Motion;
3. Proposed Order; and
4. Certificate of Service.

Please file these documents in the docket. If any fees are required, please contact me at the information below. Kindly return a file-stamped copy using the self-addressed stamped envelope enclosed.

Thank you for your assistance.

Respectfully submitted,

*/s/ Cabrera*

Shary Cabrera (pro se)

6480 NW 191ST TER
HIALEAH FL, 33015
305.610.6016 | sharycabrera@gmail.com

**UNITED STATES POSTAL SERVICE®**   **Click-N-Ship®**

usps.com
$8.53
US POSTAGE
G
09/19/2025

9402 1301 0935 5000 5471 56 0045 8000 0803 3128

U.S. POSTAGE PAID

Mailed from 33015   730070557350150

**USPS GROUND ADVANTAGE™**

SHARY CABRERA
6480 NW 191ST TER
HIALEAH FL 33015-4710

**SIGNATURE REQUIRED**

REC'D    D.C.
RDC 01
C071
SEP 22 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

US DISTRICT COURT-SOUTHERN DISTRICT O
MIAMI DIVISION WILKIE D. FERGUSON JR US
CLERK OF COURT
400 N MIAMI AVE
MIAMI FL 33128-1801

**USPS SIGNATURE TRACKING #**

9402 1301 0935 5000 5471 56

Case 1:25cv20959DP
MOTION DISMISSAL