FILED BY scn D.C.

Dec 10, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 1:25-cv-20959-DPG

CUSTOM-PAK, INC., Plaintiff,
v.
BALBOA SUN, LLC, ANGEL R. RODRIGUEZ, MARIA MERCEDES RODRIGUEZ, and SHARY CABRERA, Defendants.

### DEFENDANT SHARY CABRERA EMERGENCY MOTION TO STAY DISCOVERY PENDING RULING ON HER MOTION FOR REMOVAL AND REQUEST FOR EXPEDITED RULING

Defendant, SHARY CABRERA, appearing pro se, respectfully files this EMERGENCY Motion to Stay all discovery directed toward her pending the Court ruling on her Motion for Removal, and requests an expedited ruling.

1. Defendant Cabrera has filed a Motion for Removal asserting that she was improperly named. She had no ownership, authority, or decision-making role in Balboa Sun, LLC. Her role was administrative and supervised.

2. Plaintiff has served Ms. Cabrera with written discovery; however, no subpoenas have been directed at her or her personal accounts. All subpoenas target Balboa Sun, LLC financial records, over which she had no authority or control.

3. Requiring Ms. Cabrera to respond to discovery before the Court determines whether she is properly a defendant would impose unnecessary burden and emotional hardship.

4. Plaintiff suffers no prejudice if discovery toward Ms. Cabrera is stayed because Plaintiff continues to obtain discovery from the appropriate parties.

WHEREFORE, Defendant respectfully requests an Order staying all discovery directed at her pending ruling on her Motion for Removal, and granting expedited consideration.

Respectfully submitted,

_____
Shary Cabrera, Pro Se
6480 NW 191st Ter
Hialeah Fl, 33015
sharycabrera@gmail.com
305.610.6016