UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:25-cv-20959-DPG



CUSTOM-PAK, INC.,
Plaintiff,

v.

BALBOA SUN, LLC, et al.,
Defendants.

## NOTICE OF FILING

Defendant, **ANGEL R. RODRIGUEZ**, appearing pro se, hereby gives notice of filing the following documents:

1. **Motion for Extension of Time to Respond to Discovery Pending Resolution of Defendant Shary Cabrera's Motion for Removal**
2. **Exhibit A – Declaration of Angel R. Rodriguez**

Respectfully submitted,

_____
**Angel R. Rodriguez, Pro Se**
9383 NW

DORAL FL, 33172
arodriguez@balboasun.com
305.742.5347

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:25-cv-20959-DPG



CUSTOM-PAK, INC.,
Plaintiff,

v.

BALBOA SUN, LLC, ANGEL R. RODRIGUEZ,
MARIA MERCEDES RODRIGUEZ, and SHARY CABRERA,
Defendants.

**SUPPLEMENTAL DECLARATION OF ANGEL R. RODRIGUEZ IN SUPPORT OF DISMISSAL OF DEFENDANT SHARY CABRERA**

I, ANGEL R. RODRIGUEZ, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the owner and managing member of Balboa Sun, LLC, and I have personal knowledge of the facts stated herein.

2. I submit this Supplemental Declaration in support of Defendant Shary Cabrera's Motion for Removal and in response to the recent service by Plaintiff's counsel, McCarron & Diess, upon all named defendants in this matter.

3. Ms. Cabrera held a managerial title at Balboa Sun, LLC; however, her functions were limited to administrative coordination and operational follow-through under my direct supervision. She did not have independent authority to make financial, contractual, or legal decisions, nor to act without express instruction from me as the managing member.

4. All business, financial, and operational decisions for Balboa Sun, LLC were made solely by me as the managing member. Ms. Cabrera followed my instructions as a subordinate manager and did not act independently or exercise discretion in any negotiations or settlements.

5. Since her separation from the company, Ms. Cabrera has not been involved in any capacity with Balboa Sun, LLC. She has had no access, control, or authority over its records, finances, or communications.

6. The inclusion of Ms. Cabrera in this case remains unwarranted and has caused her unnecessary emotional, reputational, and financial hardship. Her continued involvement

serves no substantive purpose, as she was neither a member nor signatory of Balboa Sun, LLC.

7. Her inclusion in this lawsuit is unwarranted and has caused her unnecessary stress, reputational harm, and financial hardship, particularly given that she is no longer employed by Balboa Sun, LLC and has had no involvement with its operations since her separation.

8. I make this declaration to affirm that Ms. Cabrera was a former employee-only participant without ownership or managerial authority.

9. Since 2023, I have repeatedly offered structured payment and settlement proposals to Plaintiff to resolve this matter amicably and without litigation. These proposals would have fully satisfied Plaintiff's claim within the same period this case has remained pending.

10. Despite these good-faith efforts, Plaintiff refused to accept reasonable settlement arrangements and instead chose to pursue litigation, causing additional hardship and expense to all parties. I believe this matter could have been resolved long ago through cooperation.

11. The ongoing inclusion of Ms. Cabrera in this matter continues to cause her unnecessary stress, emotional distress, and reputational harm, despite her lack of authority or involvement in the actions giving rise to this lawsuit. I respectfully request that the Court take this into consideration in evaluating her dismissal. To avoid further confusion, Ms. Cabrera's current and only email for service is her personal address.

12. Plaintiff's continued refusal to engage in reasonable settlement discussions, despite multiple good-faith offers, and its insistence on including a former administrative employee in the action, demonstrates bad faith and an abuse of process. These tactics appear designed to exert pressure and cause financial and emotional strain rather than to resolve a legitimate commercial dispute.

13. Dismissing Ms. Cabrera serves the interests of judicial economy and fairness, as her continued inclusion serves no substantive purpose and only multiplies proceedings unnecessarily.

14. I remain willing to cooperate fully with the Court and opposing counsel to reach a fair and efficient resolution of this matter, provided such efforts are conducted in good faith and without the use of non-managerial former employees as leverage.

15. Furthermore, I believe that including Ms. Cabrera as a named defendant serves only to exert undue procedural leverage and constitutes an improper use of litigation pressure against someone who had no authority or decision-making power in the operations of Balboa Sun, LLC. Such practice unfairly burdens a former employee and misrepresents the

scope of her prior involvement, which I personally oversaw and can confirm was limited to following direct instructions under my supervision.

Executed on this 5th day of December, 2025, in Miami-Dade County, Florida.

*[signature]*

Angel R. Rodriguez
Managing Member, Balboa Sun, LLC
9383 NW 13th Street
Doral, FL 33172

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December 2025, I mailed a true and correct copy of the foregoing Motion and Exhibit A to:

**Kate Ellis, Esq.**
McCarron & Diess
4530 Wisconsin Avenue NW, Suite 301
Washington, D.C. 20016

**Marc P. Barmat, Esq.**
Furr & Cohen, P.A.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431

_____
Angel R. Rodriguez, Pro Se

**ANGEL R. RODRIGUEZ**
9383 NW 13TH ST
DORAL FL, 33172
arodriguez@balboasun.com
305.472.5347

Date: Dec 5th 2025

Clerk of Court
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Re: **Filing of Motion for Extension of Time**
Case No. 1:25-cv-20959-DPG

Dear Clerk of Court:

Enclosed please find Defendant **Angel R. Rodriguez's Motion for Extension of Time** and **Exhibit A (Declaration of Angel R. Rodriguez)**, along with the Notice of Filing.

I am submitting these documents **pro se by mail**. Please file them on the docket and return a file-stamped copy to me using the enclosed self-addressed stamped envelope.

Thank you for your assistance.

Respectfully,

*[signature]*
Angel R. Rodriguez, Pro Se

