**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-CV-20959-DPG/DSW**

CUSTOM-PAK, INC.,

     Plaintiff,

v.

BALBOA SUN, LLC, ANGEL
RODRIGUEZ, MARIA MERCEDES
RODRIGUEZ, and SHARY CABRERA,

     Defendants.

                                /

## ORDER SETTING SETTLEMENT CONFERENCE

**THIS CAUSE** is before the Court upon the Honorable Darrin P. Gayles's Order [ECF No. 66] referring this case to undersigned to conduct a settlement conference. It is hereby **ORDERED AND ADJUDGED** that the Parties shall appear before this Court for a **SETTLEMENT CONFERENCE** on **Tuesday, May 12, 2026, at 11:00 a.m.** The settlement conference will be conducted via Zoom as follows:

https://www.zoomgov.com/j/1609552693?pwd=l1KZOlKXN0YCLMLHbxVRIaDLUaGLGt.1

(Meeting ID: 160 955 2693; Passcode: 793757)

The following procedures shall apply to the Settlement Conference:

1. **CONFIDENTIAL SETTLEMENT STATEMENT**: The Parties shall each submit a brief Confidential Settlement Statement via email to shaw-wilder@flsd.uscourts.gov **no later than 5:00 p.m. on Wednesday, May 6, 2026**. The confidential statement shall be no more than TEN (10) PAGES, double-spaced, setting forth the party's position on settlement, the results of any

settlement negotiations previously held, and any other information that may be helpful in resolving this matter.

**2.   CONTINUANCES:** Any motion to continue the Settlement Conference must propose three (3) alternative dates **before May 1, 2026,** mutually agreed upon by the Parties.

**3.   ATTENDANCE REQUIREMENTS:** Parties with ultimate settlement authority must be personally present at the conference along with their counsel of record. An insured party's appearance shall include a representative of the insurer who is authorized to negotiate and who is authorized to settle the matter up to the coverage limit of the insured's policy. An uninsured corporate party shall appear through a representative who is authorized to negotiate and who has full authority to settle the matter on behalf of the corporation.

**4.   CONFIDENTIALITY:** All representations and statements made at the Settlement Conference shall remain confidential. The Settlement Conference shall be conducted without a court reporter and will not be recorded.

**5.   PRE-CONFERENCE SETTLEMENT:** In the event this matter settles prior to the scheduled Settlement Conference, the Parties shall immediately advise the undersigned's chambers at shaw-wilder@flsd.uscourts.gov.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 7th day of April 2026.

_____
**DETRA SHAW-WILDER**
**UNITED STATES MAGISTRATE JUDGE**

cc:      Counsel of Record

Angel Rodriguez, Pro Se
9383 Northwest 13th Street
Doral, Florida 33172

Maria Mercedes Rodriguez, Pro Se

9383 Northwest 13th Street
Doral, Florida 33172

Shary Cabrera, Pro Se
6480 NW 191st Terrace
Hialeah, Florida 33015