**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-20959-DPG**

**CUSTOM-PAK, INC.,**

    **Plaintiff**

**vs.**

**BALBOA SUN, LLC, ANGEL R.**
**RODRIGUEZ, MARIA MERCEDES**
**RODRIGUEZ, and SHARY CABRERA,**

    **Defendants**

                                 /

**STIPULATION AND ORDER OF SETTLEMENT AND FOR ENTRY OF FINAL**
**JUDGMENT AGAINST DEFENDANT ANGEL R. RODRIGUEZ AND DISMISSAL OF**
**<u>REMAINING DEFENDANTS</u>**

**COME NOW,** Plaintiff Custom-Pak, Inc ("Plaintiff"), by and through counsel, and

Defendants Angel R. Rodriguez ("Rodriguez") and Shary Cabrera ("Cabrera") (together,

"Defendants"), *pro se*, and hereby stipulate and agree to the following:

1.      On August 21, 2025, default judgment was entered in favor of Plaintiff and against

Defendant Balboa Sun, LLC in the total amount of $97,651.48 under the trust provision of the

Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c)(2). [D.E. 41].

2.      Defendant Rodriguez has informed the Court and Plaintiff's counsel that *pro se*

Defendant Maria Mercedes Rodriguez is his wife and is currently ill and unable to participate in this

matter.

3.      Plaintiff, Rodriguez, and Cabrera (the "Parties") engaged in a settlement conference

before United States Magistrate Judge Detra Shaw-Wilder on June 12, 2026. At the settlement

conference, the Parties reached an agreement to resolve this matter on the terms set forth in this

Stipulation and Order.

4.      The Parties agree to the following terms as settlement of this matter:

    a.  Judgment shall be entered against Defendant Angel R. Rodriguez in the amount of $97,651.48 under the trust provision of PACA; and

    b.  Defendants Shary Cabrera and Maria Mercedes Rodriguez shall be dismissed from this action without prejudice.

5.      In accordance with the above terms of settlement, the Parties jointly request that this Stipulation and Order be approved and for:

    a.  Judgment be entered against Defendant Angel R. Rodriguez in the form attached hereto as **Exhibit A**.

    b.  An Order of Dismissal to be entered pursuant to Fed. R. Civ. P. 41(a)(2) in the form attached hereto as **Exhibit B** dismissing this action without prejudice against Defendants Shary Cabrera and Maria Mercedes Rodriguez.

6.      This Stipulation and Order may be executed by the Parties, or by the Parties' authorized counsel acting with active authority from their principals, in counterparts, and collectively all signed counterparts represent one agreement. Facsimile or electronic signatures shall be deemed originals for all purposes.

7.      The Parties acknowledge having had a sufficient opportunity to discuss this Stipulation and Order with their respective attorneys should they wish to do so and having availed themselves of that opportunity to the extent they desired to do so.

8.      The Court shall retain jurisdiction over this action and the Parties to enforce the terms of settlement. All dates and deadlines imposed by operation of the Federal Rules of Civil Procedure or prior orders of this Court are adjourned *sine die*.

9.     This Stipulation and Order constitutes the entire understanding of the Parties and may not be changed unless in a written agreement signed by all Parties or their representatives.

**IT IS SO AGREED AND APPROVED AS TO FORM AND CONTENT:**

FURR AND COHEN, P.A.
Attorney for Plaintiff
2255 Glades Road, Suite 419 A
Boca Raton, FL 33431
 (561) 395-0500/(561)338-7532-fax

By: /s/ Marc P. Barmat
MARC P. BARMAT
Florida Bar No. 0022365
Email:  mbarmat@furrcohen.com

-and-

MCCARRON & DIESS
Attorney for Plaintiff
Kate Ellis
4530 Wisconsin Avenue, N.W., Suite 301
Washington, D.C. 20016
(202) 364-0400/(202) 364-2731 - fax
Email: kellis@mccarronlaw.com
*Pro Hac Vice*

Angel R. Rodriguez
9383 NW 13th Street
Doral, FL 33172
Telephone:  (305) 742-5347

By: /s/ Angel Rodriguez          [1]
Angel Rodriguez
*Pro Se*
Email: arod3157@outlook.com

Shary Cabrera
6480 NW 191St Terr.
Hialeah Fl, 33015
Telephone:  (305) 610-6016

By: /s/Shary Cabrera
Shary Cabrera
*Pro Se*
Email: sharycabrera@gmail.com

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of June, 2026.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

---

[1] This Stipulation was filed with the Court along with the executed signature pages of Mr. Rodriguez and Ms. Cabrera evidencing their consent thereto.

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-20959-DPG**

**CUSTOM-PAK, INC.,**

      **Plaintiff**

**vs.**

**BALBOA SUN, LLC, ANGEL R.**
**RODRIGUEZ, MARIA MERCEDES**
**RODRIGUEZ, and SHARY CABRERA,**

      **Defendants**

_____/

**FINAL JUDGMENT AGAINST ANGEL R. RODRIGUEZ**

**UPON CONSIDERATION** and approval by the Court of the Stipulation of Settlement by and between Plaintiff Custom-Pak, Inc. ("Plaintiff") and Defendants Angel R. Rodriguez and Shary Cabrera, and good cause having been shown, **IT IS HEREBY**,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff is a trust creditor of Defendant Angel R. Rodriguez pursuant to the trust provision of the Perishable Agricultural Commodities Act, ("PACA"), 7 U.S.C. § 499e(c)(2); and it is further

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Plaintiff and against Angel R. Rodriguez pursuant to the trust provision of PACA, 7 U.S.C. § 499e(c)(2), in the total amount of $97,651.48; and it is further

- 4 -

- 5 -

**ORDERED, ADJUDGED, AND DECREED** there is no just reason for delay, and the Court expressly directs that this Judgment be entered as a final judgment in this matter on the docket of this Court and that Plaintiff shall have immediate execution thereon.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of June, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-20959-DPG

CUSTOM-PAK, INC.,

     Plaintiff

vs.

BALBOA SUN, LLC, ANGEL R.
RODRIGUEZ, MARIA MERCEDES
RODRIGUEZ, and SHARY CABRERA,

     Defendants

_____/

ORDER OF DISMISSAL

**UPON CONSIDERATION** and approval by the Court of the Stipulation of Settlement by and between Plaintiff Custom-Pak, Inc. and Defendants Angel R. Rodriguez and Shary Cabrera, and good cause having been shown, **IT IS HEREBY**,

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a)(2) this action is dismissed without prejudice as against Defendants Maria Mercedes Rodriguez and Shary Cabrera, only, with each party to bear its or their own costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of June, 2026.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

- 6 -