**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-20959-DPG**

**CUSTOM-PAK, INC.,**

      **Plaintiff,**

**vs.**

**BALBOA SUN, LLC, et al.,**

      **Defendants.**

_____/

## FINAL JUDGMENT AGAINST ANGEL R. RODRIGUEZ

**UPON CONSIDERATION** and approval by the Court of the Stipulation of Settlement by and between Plaintiff Custom-Pak, Inc. ("Plaintiff") and Defendants Angel R. Rodriguez and Shary Cabrera, and good cause having been shown, IT IS HEREBY

**ORDERED, ADJUDGED AND DECREED** that Plaintiff is a trust creditor of Defendant Angel R. Rodriguez pursuant to the trust provision of the Perishable Agricultural Commodities Act, ("PACA"), 7 U.S.C. § 499e(c)(2); and it is further

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Plaintiff and against Angel R. Rodriguez pursuant to the trust provision of PACA, 7 U.S.C. § 499e(c)(2), in the total amount of $97,651.48; and it is further

**ORDERED, ADJUDGED, AND DECREED** that there is no just reason for delay, and the Court expressly directs that this Judgment be entered as a final judgment in this matter on the docket of this Court and that Plaintiff shall have immediate execution thereon.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of June, 2026.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**